UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| MICHAEL CHAVEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALL AXIS HOLDINGS, INC. d/b/a DRAGONFLY HEATING AND COOLING,<br><br>Defendant. | Civil Action No.: 1:25-cv-02001-DAE |

**JOINT STIPULATION AND PROPOSED ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**

Plaintiff Michael Chavez, individually and on behalf of all other similarly situated ("Plaintiffs") and Defendant All Axis Holdings, Inc. d/b/a Dragonfly Hearing and Cooling ("Defendants"), together ("Parties"), by and through respective counsel of record, hereby stipulate that Defendant's deadline to answer or otherwise respond to the Complaint in the above-captioned action is extended for a total of 14 days to January 14, 2025. The Parties agree to this extension in order to conserve judicial resources and the resources of the Parties in addressing multiple related issues.

DATED: December 31, 2025

                *Andrew Roman Perrong, Esq.*
Andrew Roman Perrong, Esq.
Perrong Law LLC
2657 Mount Carmel A venue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

Attorneys for Plaintiff and the Proposed Class

DATED: December 31, 2025

                *Jeffrey K. Brown, Esq.*
Jeffrey K. Brown, CA Bar No. 162957
Alejandro G. Ruiz *(Pro Hac Vice forthcoming)*
PAYNE & FEARS LLP
Attorneys at Law
4 Park Plaza, Suite 1100
Irvine, California 92614
Telephone: (949) 851-1100
Facsimile: (949) 851-1212
jkb@paynefears.com
agr@paynefears.com

Attorneys for Defendant All Axis Holdings, Inc.
d/b/a Dragonfly Heating and Cooling

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of December, 2025, a true and correct copy of **JOINT STIPULATION AND PROPOSED ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** was served via electronic service and U.S. Mail on the following in accordance with Fed. R. Civ. P. 5(b)(2)(E):

Andrew Roman Perrong, Esq.  *Attorneys for Plaintiff Michael Chavez ana*
Perrong Law LLC  *the Proposed Class*
2657 Mount Carmel Avenue
Glenside, PA 19038
Email: a@perronglaw.com

Anthony Paronich, Esq.  *Attorneys for Plaintiff Michael Chavez ana*
Paronich Law, P.C.  *the Proposed Class*
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Email: anthony@paronichlaw.com

By     /s/ Connie Cason
Connie Cason, an Employee of
PAYNE & FEARS LLP

4923-7954-9573.1