UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| MICHAEL CHAVEZ, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ALL AXIS HOLDINGS, INC. d/b/a DRAGONFLY HEATING AND COOLING,<br><br>　　　　　Defendant. | Civil Action No.: 1:25-cv-02001-DAE |

**[PROPOSED] ORDER GRANTING JOINT STIPULATION AND PROPOSED ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**

Plaintiff Michael Chavez, individually and on behalf of all other similarly situated ("Plaintiffs") and Defendant All Axis Holdings, Inc. d/b/a Dragonfly Hearing and Cooling ("Defendant"), together ("Parties"), by and through respective counsel of record, stipulate that Defendant's deadline to answer or otherwise respond to the Complaint in the above-captioned action is extended for a total of 14 days to January 14, 2025.

The Stipulation is GRANTED.

Defendant's deadline to respond to the complaint is continued to January 14, 2025.

**IT IS SO ORDERED.**

---
**UNITED STATES DISTRICT JUDGE**

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of December, 2025, a true and correct copy of **[PROPOSED] ORDER GRANTING JOINT STIPULATION AND PROPOSED ORDER TO EXTEND TIME TO RESPOND TO COMPLAI**NT was served via electronic service and U.S. Mail on the following in accordance with Fed. R. Civ. P. 5(b)(2)(E):

| | |
|---|---|
| Andrew Roman Perrong, Esq.<br>Perrong Law LLC<br>2657 Mount Carmel Avenue<br>Glenside, PA 19038<br>Email: a@perronglaw.com | *Attorneys for Plaintiff Michael Chavez ana the Proposed Class* |
| Anthony Paronich, Esq.<br>Paronich Law, P.C.<br>350 Lincoln Street, Suite 2400<br>Hingham, MA 02043<br>Email: anthony@paronichlaw.com | *Attorneys for Plaintiff Michael Chavez ana the Proposed Class* |

By  /s/ Connie Cason
Connie Cason, an Employee of
PAYNE & FEARS LLP

4925-3251-0597.1