UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| MICHAEL CHAVEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALL AXIS HOLDINGS, INC. d/b/a DRAGONFLY HEATING AND COOLING,<br><br>Defendant. | Civil Action No.: 1:25-cv-02001-DAE |

### DEFENDANT ALL AXIS HOLDINGS, INC. D/B/A DRAGONFLY HEATING AND COOLING'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant All Axis Holdings, Inc. d/b/a Dragonfly Hearing and Cooling hereby discloses that it is a nonpublic California Corporation with no parent corporation and with no other corporation holding a 10% or more ownership interest in it.

DATED:  December 31, 2025

        *Jeffrey K. Brown*
Jeffrey K. Brown, CA Bar No. 162957
Alejandro G. Ruiz *(Pro Hac Vice forthcoming)*
PAYNE & FEARS LLP
Attorneys at Law
4 Park Plaza, Suite 1100
Irvine, California 92614
Telephone: (949) 851-1100
Facsimile: (949) 851-1212
jkb@paynefears.com
agr@paynefears.com

Attorneys for Defendant All Axis Holdings, Inc.
d/b/a Dragonfly Heating and Cooling

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of December, 2025, a true and correct copy of **DEFENDANT ALL AXIS HOLDINGS, INC. D/B/A DRAGONFLY HEATING AND COOLING'S CORPORATE DISCLOSURE STATEMENT** was served via electronic service and U.S. Mail on the following in accordance with Fed. R. Civ. P. 5(b)(2)(E):

| | |
|---|---|
| Andrew Roman Perrong, Esq.<br>Perrong Law LLC<br>2657 Mount Carmel Avenue<br>Glenside, PA 19038<br>Email: a@perronglaw.com | *Attorneys for Plaintiff Michael Chavez ana the Proposed Class* |
| Anthony Paronich, Esq.<br>Paronich Law, P.C.<br>350 Lincoln Street, Suite 2400<br>Hingham, MA 02043<br>Email: anthony@paronichlaw.com | *Attorneys for Plaintiff Michael Chavez ana the Proposed Class* |

By  *Connie Cason*
Connie Cason, an Employee of
PAYNE & FEARS LLP

4911-7191-7445.1