UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| MICHAEL CHAVEZ, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>ALL AXIS HOLDINGS, INC. d/b/a DRAGONFLY HEATING AND COOLING,<br><br>        Defendant. | Civil Action No.: 1:25-cv-02001-DAE |

**[PROPOSED] ORDER GRANTING DEFENDANT ALL AXIS HOLDINGS, INC. D/B/A DRAGONFLY HEATING AND COOLING'S MOTION TO DISMISS**

      After full consideration of Defendant All Axis Holdings, Inc. d/b/a Dragonfly Heating and Cooling's Motion to Dismiss, including the moving, opposing, and reply papers, the authorities cited by counsel for the parties, any oral argument, and such other matters as the Court deemed proper to consider, IT IS HEREBY ORDERED THAT:

      All Axis Holdings, Inc. d/b/a Dragonfly Heating and Cooling's Motion to Dismiss is GRANTED. Plaintiff's Complaint is dismissed with prejudice.

      **SO ORDERED.**

_____<br>**UNITED STATES DISTRICT JUDGE**

4900-0687-4501.2

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of January, 2026, a true and correct copy of **[PROPOSED] ORDER GRANTING DEFENDANT ALL AXIS HOLDINGS, INC. D/B/A DRAGONFLY HEATING AND COOLING'S MOTION TO DISMISS** was served via electronic service on the following in accordance with Fed. R. Civ. P. 5(b)(2)(E):

| | |
|---|---|
| Andrew Roman Perrong, Esq.<br>Perrong Law LLC<br>2657 Mount Carmel Avenue<br>Glenside, PA 19038<br>Email: a@perronglaw.com | *Attorneys for Plaintiff Michael Chavez and the Proposed Class* |
| Anthony Paronich, Esq.<br>Paronich Law, P.C.<br>350 Lincoln Street, Suite 2400<br>Hingham, MA 02043<br>Email: anthony@paronichlaw.com | *Attorneys for Plaintiff Michael Chavez and the Proposed Class* |

By  */s/ Paige Fruth*
Paige Fruth, an Employee of
PAYNE & FEARS LLP