UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| MICHAEL CHAVEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALL AXIS HOLDINGS, INC. d/b/a DRAGONFLY HEATING AND COOLING,<br><br>Defendant. | Civil Action No.: 1:25-cv-02001-DAE |

**DECLARATION OF JEFFREY K. BROWN IN SUPPORT OF DEFENDANT ALL AXIS HOLDINGS, INC. D/B/A DRAGONFLY HEATING AND COOLING'S MOTION TO DISMISS AND MOTION TO TRANSFER**

1. I am an attorney licensed to practice in the State of California and am a partner with the law firm of Payne & Fears LLP, counsel of record for Defendant All Axis Holdings, Inc. d/b/a Dragonfly Heating and Cooling ("Dragonfly") in *Michael Chavez v. All Axis Holdings, Inc. d/b/a Dragonfly Heating and Cooling*, No. 1:25-cv-02001-DAE. I have personal knowledge of the following facts, except as to those stated on information and belief and, as to those, I am informed and believe them to be true. If called as a witness, I would and could competently testify to these facts. I submit this declaration in support of Dragonfly's Motion to Dismiss and Motion to Transfer (the "Motions").

2. On December 30, 2025, Dragonfly engaged my law firm regarding a lawsuit that Dragonfly learned had been filed against it

3. Upon reviewing the case docket, it was noted that a complaint had indeed been filed on December 7, 2025, and that an Affidavit of Service had been filed on December 10. 2025.

    4.      Attached hereto as **Exhibit 1** is a screenshot from Google Maps reflecting the distance and traffic conditions to travel by car from 1280 Palmyrita Avenue, Riverside, California to 403 N. San Jacinto St., Hemet, California and on Wednesday, December 10 to arrive by 3:00 P.M. This screenshot was accessed on January 13, 2026 at 10:45 A.M. at

https://www.google.com/maps/dir/1280+Palmyrita+Avenue,+Riverside,+CA/403+North+San+Jacinto+Street,+Hemet,+CA/@33.8821484,-117.3162285,11z/data=!4m17!4m16!1m5!1m1!1s0x80dcade07d4c6f7f:0xa9d4f9b5cf778daf!2m2!1d-117.3388885!2d34.0039197!1m5!1m1!1s0x80db6f365445133f:0x2b133a5d8337003e!2m2!1d-116.9589293!2d33.7532436!2m3!6e1!7e2!8j1765378800?entry=ttu&g_ep=EgoyMDI2MDEwNy4wIKXMDSoASAFQAw%3D%3D.

    5.      Attached hereto as **Exhibit 2** is a screenshot from Google Maps reflecting the distance and traffic conditions to travel by car from 403 N. San Jacinto St., Hemet, California to 1280 Palmyrita Avenue, Riverside, California on Wednesday, December 10 to arrive by 4:27 P.M. This screenshot was accessed on January 13, 2026 at 10:45 A.M at

https://www.google.com/maps/dir/403+North+San+Jacinto+Street,+Hemet,+CA/1280+Palmyrita+Avenue,+Riverside,+CA/@33.9099861,-117.1573586,11z/data=!4m17!4m16!1m5!1m1!1s0x80db6f365445133f:0x2b133a5d8337003e!2m2!1d-116.9589293!2d33.7532436!1m5!1m1!1s0x80dcade07d4c6f7f:0xa9d4f9b5cf778daf!2m2!1d-117.3388885!2d34.0039197!2m3!6e1!7e2!8j1765384020?entry=ttu&g_ep=EgoyMDI2MDEwNy4wIKXMDSoASAFQAw%3D%3D.

    6.      Attached hereto as **Exhibit 3** is a Statement of Information filed on behalf of RP1

Integration, Inc., Entity No. 3817302 that was downloaded from the California Secretary of State Website on January 13, 2026 at 1:21 P.M. The Statement of Information shows that RP1 Integration, Inc. was formed in California and maintains a principal address in Cypress, California, with a mailing address in Huntington Beach, California.

    I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 14th day of January 2026 at Irvine, California.


By:     */s/ Jeffrey K. Brown*
    Jeffrey K. Brown

4922-5371-0725.2

# CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of January, 2026, a true and correct copy of **DECLARATION OF JEFFREY K. BROWN IN SUPPORT OF DEFENDANT ALL AXIS HOLDINGS, INC. D/B/A DRAGONFLY HEATING AND COOLING'S MOTION TO DISMISS AND MOTION TO TRANSFER** was served via electronic service on the following in accordance with Fed. R. Civ. P. 5(b)(2)(E):

| | |
|---|---|
| Andrew Roman Perrong, Esq.<br>Perrong Law LLC<br>2657 Mount Carmel Avenue<br>Glenside, PA 19038<br>Email: a@perronglaw.com | *Attorneys for Plaintiff Michael Chavez ana the Proposed Class* |
| Anthony Paronich, Esq.<br>Paronich Law, P.C.<br>350 Lincoln Street, Suite 2400<br>Hingham, MA 02043<br>Email: anthony@paronichlaw.com | *Attorneys for Plaintiff Michael Chavez ana the Proposed Class* |

By  */s/ Paige Fruth*
Paige Fruth, an Employee of
PAYNE & FEARS LLP