# **EXHIBIT 2**

