UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| MICHAEL CHAVEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALL AXIS HOLDINGS, INC. d/b/a DRAGONFLY HEATING AND COOLING,<br><br>Defendant. | Civil Action No.: 1:25-cv-02001-DAE |

**DECLARATION OF SHELDON LANE IN SUPPORT OF DEFENDANT ALL AXIS HOLDINGS, INC. D/B/A DRAGONFLY HEATING AND COOLING'S MOTION TO DISMISS AND MOTION TO TRANSFER VENUE**

1.  I am Sheldon Lane, the Chief Executive Officer of All Axis Holdings, Inc., d/b/a Dragonfly Heating and Cooling (hereinafter "Dragonfly"). I have personal knowledge of the following facts, except as to those stated on information and belief and, as to those, I am informed and believe them to be true. If called as a witness, I would and could competently testify to these facts. I submit this declaration in support of Dragonfly's Motion to Dismiss and Motion to Transfer Venue (the "Motions").

2.  On December 10, 2025, I, along with several of my colleagues, attended the funeral of the 15-year-old daughter of another Dragonfly employee.

3.  The funeral was held at 3 p.m. in Hemet, California, which is approximately 40 to 60 minute drive the Dragonfly office, which is in turn located at 1280 Palmyrita Ave., Suite D, Riverside California 92507. After the funeral, myself and other colleagues lingered in the parking lot of the funeral location until approximately 6:00 p.m.

4.  After the funeral services, I did not return to the Dragonfly office. In fact, the

DECLARATION OF SHELDON LANE IN SUPPORT OF DEFENDANT ALL AXIS HOLDINGS, INC. D/B/A DRAGONFLY HEATING AND COOLING'S MOTION TO DISMISS AND MOTION TO TRANSFER VENUE

Page | 1

Dragonfly office was closed beginning at 1pm that day to accommodate the funeral services. Based on the fact that the office was closed, I do not believe that any employee returned to the office.

5.  I am 51 years old, 5' 11", and weigh 200 lbs. I have white hair and a beard. Attached hereto as **Exhibit 1** and **Exhibit 2** are two photographs taken of me that are true and accurate depictions of how I appeared on December 10, 2025.

6.  I was never served, or attempted with service any documents associated with this lawsuit on December 10, 2025 or at any other date.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 13 day of January 2026 at Riverside, California.

By: _Sheldon Lane (Jan 13, 2026 16:52:52 PST)_
Sheldon Lane

4932-6080-9861.3

DECLARATION OF SHELDON LANE IN SUPPORT OF DEFENDANT ALL AXIS HOLDINGS, INC. D/B/A DRAGONFLY HEATING AND COOLING'S MOTION TO DISMISS AND MOTION TO TRANSFER VENUE

Page | 2

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of January, 2026, a true and correct copy of **DECLARATION OF SHELDON LANE IN SUPPORT OF DEFENDANT ALL AXIS HOLDINGS, INC. D/B/A DRAGONFLY HEATING AND COOLING'S MOTION TO DISMISS AND MOTION TO TRANSFER VENUE** was served via electronic service on the following in accordance with Fed. R. Civ. P. 5(b)(2)(E):

| | |
|---|---|
| Andrew Roman Perrong, Esq.<br>Perrong Law LLC<br>2657 Mount Carmel Avenue<br>Glenside, PA 19038<br>Email: a@perronglaw.com | *Attorneys for Plaintiff Michael Chavez ana the Proposed Class* |
| Anthony Paronich, Esq.<br>Paronich Law, P.C.<br>350 Lincoln Street, Suite 2400<br>Hingham, MA 02043<br>Email: anthony@paronichlaw.com | *Attorneys for Plaintiff Michael Chavez ana the Proposed Class* |

By  */s/ Paige Fruth*
Paige Fruth, an Employee of
PAYNE & FEARS LLP