UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| MICHAEL CHAVEZ, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ALL AXIS HOLDINGS, INC. d/b/a DRAGONFLY HEATING AND COOLING,<br><br>　　　　　Defendant. | Civil Action No.: 1:25-cv-02001-DAE |

**DECLARATION OF BARRY PALMER IN SUPPORT OF DEFENDANT ALL AXIS HOLDINGS, INC. D/B/A DRAGONFLY HEATING AND COOLING'S MOTION TO DISMISS AND MOTION TO TRANSFER VENUE**

1.　　I am Barry Palmer, the Chief Financial Officer of All Axis Holdings, Inc., d/b/a Dragonfly Heating and Cooling (hereinafter "Dragonfly"). I have personal knowledge of the following facts, except as to those stated on information and belief and, as to those, I am informed and believe them to be true. If called as a witness, I would and could competently testify to these facts. I submit this declaration in support of Dragonfly's Motion to Dismiss and Motion to Transfer Venue (the "Motions").

2.　　Dragonfly is a relatively small heating, ventilation, and air conditioning ("HVAC") repair and installation contractor with only 13 employees, including myself.

3.　　Dragonfly only maintains a single office that serves as its headquarters, which is located at 1280 Palmyrita Ave., Suite D, Riverside California 92507. Dragonfly has no bank accounts, real property, personal property, telephone listing, or any assets in Texas, nor leases any equipment or office space in Texas.

4.　　From the 1280 Palmyrita Avenue location, Dragonfly only services properties in

DECLARATION OF BARRY PALMER IN SUPPORT OF DEFENDANT ALL AXIS HOLDINGS, INC. D/B/A DRAGONFLY HEATING AND COOLING'S MOTION TO DISMISS AND MOTION TO TRANSFER VENUE

Page | 1

four neighboring counties in Southern California: Riverside County, San Bernardino County, parts of Orange County, and occasionally parts of Los Angeles County.

5. Throughout December 2025 and up through the present, I have served as Dragonfly's authorized agent for service of process. Attached hereto as **Exhibit 1** is a true and correct copy of the Statement of Information filed on November 28, 2023, with the California Secretary of State listing me as the Agent for Service of Process. Attached hereto as **Exhibit 2** is a true and correct copy of the Statement of Information filed on December 30, 2025, with the California Secretary of State also listing me as the Agent for Service of Process.

6. From time to time, it is necessary for Dragonfly to communicate with its customers to remind them about upcoming appointments or to remind them about regular maintenance services that may be due on their equipment.

7. Given Dragonfly's limited size, Dragonfly outsources management of text communications with customers to a company called RP1 Integrations, or RP1.ai, which integrates Dragonfly's approved customer contact lists into its communications platform to permit automated text messaging to Dragonfly's customers.

8. Only those customers who have given prior express consent to receive communications from Dragonfly over text are integrated into the platform.

9. Beginning in June 2017 and continuing through May 2023, Dragonfly made service calls to a property located at 375 Central Avenue, Riverside, California 92507 (hereinafter the Riverside Property").

10. Dragonfly was informed that the Riverside Property was owned Hector Chavez, who hired Dragonfly to periodically perform HVAC services on the Riverside Property.

11. During the course of Dragonfly's services to the Riverside Property, Hector

Chavez notified Dragonfly that a 949-232-XXXX phone number should serve as Dragonfly's point of contact for scheduling and coordinating Dragonfly's HVAC services or repairs at the Riverside Property.

12. The phone number provided to Dragonfly by Hector Chavez had a 949 area code (i.e., 949-232-XXXX). I understand that a 949 area code is assigned to certain cities in Orange County, California.

13. As a result of Hector Chavez's request, Dragonfly added the phone number provided as a point of contact for the Riverside Property and complied with Hector Chavez's request to contact the phone number to coordinate service calls to the Riverside Property.

14. At no time prior to 2025 did Plaintiff ever indicate to Dragonfly that he did not wish to serve as the point of contact for the Riverside Property.

15. On or about November 21, 2025, Plaintiff sent an email to Dragonfly stating that beginning October 28, 2025, he began receiving text messages purporting to be from Dragonfly after previously unsubscribing from Dragonfly's text communications. Attached to the email were screenshots of text messages addressed to "Hector" with reminders of maintenance due coupled with notices of specials available for HVAC services. This was the first communication from Plaintiff that Dragonfly received expressing a desire not to be contacted at the 949-phone number.

16. Based on this communication, Dragonfly immediately deleted the 949-phone number information in its system and contacted RP1.ai by telephone to ensure that the 949-phone number was removed from their platform so that it would receive no further texts.

17. To Dragonfly's knowledge, the 949-phone number was not sent any further text messages from Dragonfly.

18. At no time prior to this action was Dragonfly ever made aware that the recipient of the 949 phone number was no longer residing at the Riverside Property or had moved to Texas. Nor was there any reason for Dragonfly to know that Plaintiff had left California and moved to Texas.

19. Dragonfly has no customers in Texas and does not knowingly communicate with anyone in Texas or with a Texas area code.

20. On December 40, 2025, Dragonfly engaged counsel in defense of this lawsuit.

21. On December 10, 2025, the entire Dragonfly office was closed for the day starting at 1 p.m., so that Dragonfly employees, including Sheldon Lane, could attend the funeral of the 15-year-old daughter of another Dragonfly employee.

22. The funeral was held at 3 p.m. on December 10, 2025, in Hemet, California. Attached hereto as **Exhibit 3** is a printout of the website available at https://after.io/audrey-evan-marie-ramker, which provides the announcement of the death and obituary which accurately reflects the time, date, and location of the services.

23. The funeral service located in Hemet, California, is approximately a 40- to 60-minute drive from the Dragonfly office.

24. I personally attended the funeral services and witnessed by colleague, Sheldon Lane in attendance at the funeral service. After the funeral, myself and other colleagues, including Lane, lingered in the parking lot of the funeral location until approximately 6:00 p.m.

25. I did not return to the office that day. I understand that no employee returned to the Dragonfly office the day of the funeral because the office was closed.

26. I do not believe it is possible for anyone in attendance at the funeral services in Hemet, California to have been present at the Dragonfly office in Riverside at 4:27 p.m. the same

day, particularly in consideration of rush-hour traffic that regularly occurs on the weekday evenings.

27. Although I am the authorized Agent for Service of Process for Dragonfly, no service attempt was ever made on me in relation to this lawsuit.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 13 day of January 2026 at Riverside, California.

By: *Barry Palmer (Jan 13, 2026 16:25:09 PST)*

Barry Palmer

4915-5359-7061.4

DECLARATION OF BARRY PALMER IN SUPPORT OF DEFENDANT ALL AXIS HOLDINGS, INC. D/B/A DRAGONFLY HEATING AND COOLING'S MOTION TO DISMISS AND MOTION TO TRANSFER VENUE

Page | 5

# CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of January, 2026, a true and correct copy of **DECLARATION OF BARRY PALMER IN SUPPORT OF DEFENDANT ALL AXIS HOLDINGS, INC. D/B/A DRAGONFLY HEATING AND COOLING'S MOTION TO DISMISS AND MOTION TO TRANSFER VENUE** was served via electronic service on the following in accordance with Fed. R. Civ. P. 5(b)(2)(E):

| | |
|---|---|
| Andrew Roman Perrong, Esq.<br>Perrong Law LLC<br>2657 Mount Carmel Avenue<br>Glenside, PA 19038<br>Email: a@perronglaw.com | *Attorneys for Plaintiff Michael Chavez ana the Proposed Class* |
| Anthony Paronich, Esq.<br>Paronich Law, P.C.<br>350 Lincoln Street, Suite 2400<br>Hingham, MA 02043<br>Email: anthony@paronichlaw.com | *Attorneys for Plaintiff Michael Chavez ana the Proposed Class* |

By  */s/ Paige Fruth*
Paige Fruth, an Employee of
PAYNE & FEARS LLP