# EXHIBIT 1


BA20231798996



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT OF INFORMATION CORPORATION**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

For Office Use Only

**-FILED-**

File No.: BA20231798996

Date Filed: 11/28/2023

---

**Entity Details**

| | |
|---|---|
| Corporation Name | ALL AXIS HOLDINGS, INC. |
| Entity No. | 3425141 |
| Formed In | CALIFORNIA |

**Street Address of Principal Office of Corporation**

| | |
|---|---|
| Principal Address | 1280 PALMYRITA AVE SUITE D RIVERSIDE, CA 92507 |

**Mailing Address of Corporation**

| | |
|---|---|
| Mailing Address | 1280 PALMYRITA AVE SUITE D RIVERSIDE, CA 92507 |
| Attention | |

**Street Address of California Office of Corporation**

| | |
|---|---|
| Street Address of California Office | 1280 PALMYRITA AVE. SUITE D RIVERSIDE, CA 92507 |

**Officers**

| Officer Name | Officer Address | Position(s) |
|---|---|---|
| SHELDON RYAN LANE | 1413 MARIPOSA DRIVE CORONA, CA 92879 | Chief Executive Officer |
| BARRY JASON PALMER | 5059 QUAIL RUN ROAD APT 23 RIVERSIDE, CA 92507 | Secretary, Chief Financial Officer |

**Additional Officers**

| Officer Name | Officer Address | Position | Stated Position |
|---|---|---|---|
| None Entered | | | |

**Directors**

| Director Name | Director Address |
|---|---|
| BARRY JASON PALMER | 5059 QUAIL RUN ROAD APT 23 RIVERSIDE, CA 92507 |
| SHELDON RYAN LANE | 1413 MARIPOSA CORONA, CA 92879 |

The number of vacancies on Board of Directors is: 0

**Agent for Service of Process**

| | |
|---|---|
| Agent Name | BARRY JASON PALMER |
| Agent Address | 20283 WESTPOINT DRIVE APT 2 RIVERSIDE, CA 92507 |

**Type of Business**

| Type of Business | HVAC SERVICE |
|---|---|

| Email Notifications | |
|---|---|
| Opt-in Email Notifications | No, I do NOT want to receive entity notifications via email. I prefer notifications by USPS mail. |

**Labor Judgment**

No Officer or Director of this Corporation has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal therefrom is pending, for the violation of any wage order or provision of the Labor Code.

**Electronic Signature**

☒ By signing, I affirm that the information herein is true and correct and that I am authorized by California law to sign.

| *Barry Palmer* | *11/28/2023* |
|---|---|
| Signature | Date |

B2288-9050 11/28/2023 1:19 PM Received by California Secretary of State