# EXHIBIT 3





**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT OF INFORMATION CORPORATION**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 657-5448

For Office Use Only

**-FILED-**

File No.: BA20251764588
Date Filed: 9/2/2025

| Entity Details | |
|---|---|
| Corporation Name | RP1 INTEGRATION, INC. |
| Entity No. | 3817302 |
| Formed In | CALIFORNIA |

| Street Address of Principal Office of Corporation | |
|---|---|
| Principal Address | 6747 KATELLA AVE<br>CYPRESS, CA 90630 |

| Mailing Address of Corporation | |
|---|---|
| Mailing Address | 16835 ALGONQUIN ST<br>408<br>HUNTINGTON BEACH, CA 92649 |
| Attention | |

| Street Address of California Office of Corporation | |
|---|---|
| Street Address of California Office | None |

**Officers**

| Officer Name | Officer Address | Position(s) |
|---|---|---|
| Robert Plaster | 6747 KATELLA AVE<br>CYPRESS, CA 90630 | Secretary, Chief Financial Officer, Chief Executive Officer |

**Additional Officers**

| Officer Name | Officer Address | Position | Stated Position |
|---|---|---|---|
| None Entered | | | |

**Directors**

| Director Name | Director Address |
|---|---|
| ROBERT PLASTER | 16835 ALGONQUIN ST #408,<br>HUNTINGTON BEACH, CA 92649 |

The number of vacancies on Board of Directors is: 0

| Agent for Service of Process | |
|---|---|
| Agent Name | ROBERT PLASTER |
| Agent Address | 16835 ALGONQUIN ST #408,<br>HUNTINGTON BEACH, CA 92649 |

| Type of Business | |
|---|---|
| Type of Business | BUSINESS SERVICES |

| Email Notifications | |
|---|---|
| Opt-in Email Notifications | Yes, I opt-in to receive entity notifications via email. |

**Labor Judgment**

No Officer or Director of this Corporation has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal therefrom is pending, for the violation of any wage order or provision of the Labor Code.

Electronic Signature

☒  By signing, I affirm that the information herein is true and correct and that I am authorized by California law to sign.

*Robert J Plaster*  
Signature

*09/02/2025*  
Date

B3978-5280  09/02/2025 9:18 AM Received by California Secretary of State