# EXHIBIT 1



# STATE OF CALIFORNIA
*Office of the Secretary of State*
## STATEMENT OF INFORMATION
## CORPORATION

California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

**For Office Use Only**

**-FILED-**

File No.: BA20231798996
Date Filed: 11/28/2023

| Entity Details | |
|---|---|
| Corporation Name | ALL AXIS HOLDINGS, INC. |
| Entity No. | 3425141 |
| Formed In | CALIFORNIA |

| Street Address of Principal Office of Corporation | |
|---|---|
| Principal Address | 1280 PALMYRITA AVE<br>SUITE D<br>RIVERSIDE, CA 92507 |

| Mailing Address of Corporation | |
|---|---|
| Mailing Address | 1280 PALMYRITA AVE<br>SUITE D<br>RIVERSIDE, CA 92507 |
| Attention | |

| Street Address of California Office of Corporation | |
|---|---|
| Street Address of California Office | 1280 PALMYRITA AVE.<br>SUITE D<br>RIVERSIDE, CA 92507 |

**Officers**

| Officer Name | Officer Address | Position(s) |
|---|---|---|
| SHELDON RYAN LANE | 1413 MARIPOSA DRIVE<br>CORONA, CA 92879 | Chief Executive Officer |
| BARRY JASON PALMER | 5059 QUAIL RUN ROAD<br>APT 23<br>RIVERSIDE, CA 92507 | Secretary, Chief Financial Officer |

**Additional Officers**

| Officer Name | Officer Address | Position | Stated Position |
|---|---|---|---|
| None Entered | | | |

**Directors**

| Director Name | Director Address |
|---|---|
| BARRY JASON PALMER | 5059 QUAIL RUN ROAD<br>APT 23<br>RIVERSIDE, CA 92507 |
| SHELDON RYAN LANE | 1413 MARIPOSA<br>CORONA, CA 92879 |

The number of vacancies on Board of Directors is: 0

| Agent for Service of Process | |
|---|---|
| Agent Name | BARRY JASON PALMER |
| Agent Address | 20283 WESTPOINT DRIVE<br>APT 2<br>RIVERSIDE, CA 92507 |

Type of Business

| | |
|---|---|
| Type of Business | HVAC SERVICE |
| Email Notifications<br>Opt-in Email Notifications | No, I do NOT want to receive entity notifications via email. I prefer notifications by USPS mail. |
| Labor Judgment<br>No Officer or Director of this Corporation has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal therefrom is pending, for the violation of any wage order or provision of the Labor Code. | |
| Electronic Signature<br>☒  By signing, I affirm that the information herein is true and correct and that I am authorized by California law to sign.<br><br>*Barry Palmer*                                                            *11/28/2023*<br>Signature                                                                             Date | |

B2288-9050 11/28/2023 1:19 PM Received by California Secretary of State