# EXHIBIT 2



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT OF INFORMATION CORPORATION**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 657-5448

**For Office Use Only**
**-FILED-**
File No.: BA20252521236
Date Filed: 12/30/2025

BA20252521236

B4283-0523  12/30/2025  2:14 PM Received by California Secretary of State

| Entity Details | |
|---|---|
| Corporation Name | ALL AXIS HOLDINGS, INC. |
| Entity No. | 3425141 |
| Formed In | CALIFORNIA |

| Street Address of Principal Office of Corporation | |
|---|---|
| Principal Address | 1280 PALMYRITA AVE SUITE D RIVERSIDE, CA 92507 |

| Mailing Address of Corporation | |
|---|---|
| Mailing Address | 1280 PALMYRITA AVE SUITE D RIVERSIDE, CA 92507 |
| Attention | |

| Street Address of California Office of Corporation | |
|---|---|
| Street Address of California Office | 1280 PALMYRITA AVE. SUITE D RIVERSIDE, CA 92507 |

**Officers**

| Officer Name | Officer Address | Position(s) |
|---|---|---|
| SHELDON RYAN LANE | 18076 BISSEL DRIVE RIVERSIDE, CA 92508 | Chief Executive Officer |
| BARRY JASON PALMER | 20283 WESTPOINT DRIVE RIVERSIDE, CA 92507 | Secretary, Chief Financial Officer |

**Additional Officers**

| Officer Name | Officer Address | Position | Stated Position |
|---|---|---|---|
| None Entered | | | |

**Directors**

| Director Name | Director Address |
|---|---|
| SHELDON RYAN LANE | 18076 BISSEL DRIVE RIVERSIDE, CA 92508 |
| BARRY JASON PALMER | 20283 WESTPOINT DRIVE RIVERSIDE, CA 92507 |

The number of vacancies on Board of Directors is: 0

| Agent for Service of Process | |
|---|---|
| Agent Name | BARRY JASON PALMER |
| Agent Address | 20283 WESTPOINT DRIVE RIVERSIDE, CA 92507 |

| Type of Business | |
|---|---|
| Type of Business | HVAC and plumbing SERVICE |

Email Notifications

| | |
|---|---|
| Opt-in Email Notifications | Yes, I opt-in to receive entity notifications via email. |
| Labor Judgment | |
| No Officer or Director of this Corporation has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal therefrom is pending, for the violation of any wage order or provision of the Labor Code. | |
| Electronic Signature | |
| ☒ By signing, I affirm that the information herein is true and correct and that I am authorized by California law to sign. | |
| *Barry Palmer* <br> Signature | *12/30/2025* <br> Date |

B4283-0524 12/30/2025 2:14 PM Received by California Secretary of State