**EXHIBIT 3**

## Audrey (Evan) Marie Ramker
Apr 19, 2010 - Dec 2, 2025





Show your support for Audrey (Evan) and help keep our website free for grieving families.

🌲  No trees planted yet.                                                                    **Plant a Tree**

💐  Send fresh hand-delivered flowers.                                                        **Order**

**Share Obituary**

# Audrey (Evan) Marie Ramker
### Apr 19, 2010 - Dec 2, 2025

**Place of birth**
Rhinelander, WI

# Audrey (Evan) Marie Ramker

Apr 19, 2010 - Dec 2, 2025

### Audrey (Evan)'s favorite hobbies

 Fill out

### Audrey (Evan)'s favorite foods

 Fill out

### Favorite bands and musical artists

 Fill out

### Interesting facts about Audrey (Evan)

 Fill out

### Audrey (Evan) loved nothing more than

 Fill out

### Favorite place in the world

 Fill out

### Favorite TV shows

 Fill out

### Favorite sports

 Fill out

# Obituary

It is with profound sadness that we announce the passing of Audrey (Evan) Ramker 15, of Hemet Ca, on December 2,2025. Born to Sydney Castonguay and Dustin Ramker on April 10,2010 in Rhinelander, WI. Audrey (Evan) was a beautiful person that touched many lives around her. She was a very talented artist who filled many sketchbooks and journals. As a self taught guitar player she filled our home with her musical talent. She enjoyed spending time

# Audrey (Evan) Marie Ramker

Apr 19, 2010 - Dec 2, 2025

vibrant personality touched the lives of all who met her.

She is survived by her loving parents Sydney and Dustin. Siblings Damien and Aria. Grandparents Kelly and Lee St Louis, Donald Castonguay, Cindi Sue Ramker and Scott Dumpprope. Aunt and uncles Bradly Davidofsky, Chandler Castonguay, Alexis Dumpprope and Dylan Shaw. Also survived by many more loving family members and loved ones.

## Past ceremonies

### Memorial Service

📅 Wednesday, December 10, 2025 at 3:00 PM

📍 **Hemet Valley Mortuary** - 403 N San Jacinto St, Hemet, CA 92543, USA

## Plant a Tree in Audrey (Evan)'s memory

After.io visitors have planted **52,493** trees to honor the loss of their loved ones. We'll plant real trees for you in Audrey (Evan)'s memory and display your contribution forever.



Plant 1 tree



Plant 3 trees

# Audrey (Evan) Marie Ramker

Apr 19, 2010 - Dec 2, 2025



**Plant 8 trees**

✓ Includes 3 free trees



**Plant 20 trees**

✓ Includes 10 free trees

No trees planted yet

# Audrey (Evan)'s Guestbook

All condolences, notes and wishes in this book of memories.



**Leave a comment**

 Generate

✓ All activity    Only comments

# Audrey (Evan) Marie Ramker

Apr 19, 2010 - Dec 2, 2025

## Audrey (Evan)'s Photos



Audrey (Evan) timeline of pictures, videos, audio and stories.

Select a photo to expand it and view its comments.

View photos in full screen

[+] **Add photos**

# Audrey (Evan) Marie Ramker

Apr 19, 2010 - Dec 2, 2025

# Audrey (Evan) Marie Ramker

Apr 19, 2010 - Dec 2, 2025

## What can you do?



**Leave a comment**
Honor Audrey (Evan) with a sincere note in the guestbook.

**Plant a Tree**
Honor Audrey (Evan)'s life: we'll plant a real tree in Audrey (Evan)'s memory for you.

**Share Audrey (Evan)'s obituary**
Keep their memory alive by sharing Audrey (Evan)'s obituary with others.

**Add photos and videos**
Help Audrey (Evan)'s memory live on forever by adding photos, videos, audio clips or stories.

**Subscribe to Audrey (Evan)'s obituary**
Get notified when others add new photos, comments and stories about Audrey (Evan).

**Send Consolence Flowers**

# Audrey (Evan) Marie Ramker

Apr 19, 2010 - Dec 2, 2025


Bio


Trees


Guestbook

Photos

Actions

©2026

Remember your loved ones forever with free beautiful online memorials

Create obituary

  

Audrey (Evan) Marie Ramker's memorial is managed by sydneydaine and cindisue36. Something wrong?

| | | |
|---|---|---|
| Home | Cities | English |
| Blog | Privacy | Español |
| Flower shop | Terms | |
| Search | Help | |