UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| MICHAEL CHAVEZ, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>ALL AXIS HOLDINGS, INC. d/b/a DRAGONFLY HEATING AND COOLING,<br><br>    Defendant. | Civil Action No.: 1:25-CV-2001-DAE |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of January, 2026, a true and correct copy of **MOTION FOR ADMISSION *PRO HAC VICE*** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By _____
Alejandro G. Ruiz, Applicant