# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| MICHAEL CHAVEZ, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>ALL AXIS HOLDINGS, INC. d/b/a DRAGONFLY HEATING AND COOLING,<br><br>  Defendant. | Civil Action No.: 1:25-CV-2001-DAE |

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of January, 2026, a true and correct copy of **MOTION FOR ADMISSION *PRO HAC VICE*** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By _____
Camilla J. Dudley, Applicant

4930-9220-2888.1