IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

MICHAEL CHAVEZ, individually and on behalf of all others similarly situated

-vs-

ALL AXIS HOLDINGS, INC. d/b/a
DRAGONFLY HEATING AND COOLING

Case No. 1:25-cv-02001-DAE

**O R D E R**

BE IT REMEMBERED on this the  16th  day of  January , 20 26 , there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by   **Alejandro G. Ruiz**   ("Applicant"), counsel for   **All Axis Holdings, Inc.**   and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of   **All Axis Holdings, Inc.**   in the above case.

IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00, made payable to:  **Clerk, U.S. District Court**.

IT IS FURTHER ORDERED that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

IT IS FINALLY ORDERED that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

SIGNED this the  16th  day of  January  20 26 .

_____
DAVID A. EZRA
SENIOR UNITED STATES DISTRICT JUDGE