IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

MICHAEL CHAVEZ, individually and on behalf of all others similarly situated

-vs-

ALL AXIS HOLDINGS, INC. d/b/a DRAGONFLY HEATING AND COOLING

Case No. 1:25-cv-02001-DAE

### O R D E R

BE IT REMEMBERED on this the **16th** day of **January**, 20**26**, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by **Camilla J. Dudley** ("Applicant"), counsel for **All Axis Holdings, Inc.** and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of **All Axis Holdings, Inc.** in the above case.

IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**.

IT IS FURTHER ORDERED that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

IT IS FINALLY ORDERED that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

SIGNED this the **16th** day of **January** 20**26**.

DAVID A. EZRA
SENIOR UNITED STATES DISTRICT JUDGE