# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| MICHAEL CHAVEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>ALL AXIS HOLDINGS, INC. d/b/a DRAGONFLY HEATING AND COOLING<br>Defendant. | Case No.<br><br>**1:25-CV-2001**<br><br>**JURY TRIAL DEMANDED** |

**AGREED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE**

Plaintiff Michael Chavez, with the agreement of Defendant All Axis Holdings, Inc. d/b/a Dragonfly Heating and Cooling, respectfully submits this agreed motion for extension of time to file responses to Defendant's Motion to Dismiss (ECF No. 11) and Motion to Transfer (ECF No. 12), as follows:

1.　Defendant filed its Motion to Dismiss (ECF No. 11) and Motion to Transfer (ECF No. 12), on January 14, 2026.

2.　Pursuant to Loval Rule CV-7(d)(2), Plaintiff's response is due fourteen (14) days after the filing of the motion.

3.　Plaintiff's response to both motions is thus due today, January 28, 2026.

4.　Plaintiff's counsel with chief responsibility for responding to the motions is located in Pennsylvania and was heavily impacted by Winter Storm Fern, which delayed finalization of and filing of the instant responses, and it is increasingly unlikely that counsel will be able to finalize such responses today.

5. To this end, Plaintiff requests an extension of the due date of his responses to February 4, 2026, a week. This will enable Plaintiff to properly respond to the motions in light of the present circumstances.

6. This is the only request Plaintiff has sought concerning this deadline.

7. Plaintiff's counsel has conferred with counsel for Defendant, and Defendant is unopposed.

WHEREFORE, PREMISES CONSIDERED, Plaintiff, respectfully requests this Court grant this Unopposed Motion for Extension of Time to File Response, and extend the response date for Plaintiff to respond to the Motion to Dismiss (ECF No. 11) and Motion to Transfer (ECF No. 12) to February 4, 2026.

RESPECTFULLY SUBMITTED AND DATED this January 28, 2026.

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com
*Attorney for Plaintiff and the Proposed Class*

Jeffrey K. Brown, CA Bar No. 162957
Alejandro G. Ruiz (Pro Hac Vice forthcoming)
Camilla J. Dudley (Pro Hac Vice forthcoming)
PAYNE & FEARS LLP
Attorneys at Law
4 Park Plaza, Suite 1100
Irvine, California 92614
Telephone: (949) 851-1100
Facsimile: (949) 851-1212
jkb@paynefears.com
agr@paynefears.com

*Attorneys for Defendant All Axis Holdings, Inc. d/b/a Dragonfly Heating and Cooling*