## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| MICHAEL CHAVEZ, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br>　v.<br><br>ALL AXIS HOLDINGS, INC. d/b/a DRAGONFLY HEATING AND COOLING<br>　　　　　　　　Defendant. | Case No.<br><br>**1:25-CV-2001**<br><br>**JURY TRIAL DEMANDED** |

## [PROPOSED ORDER GRANTING]

## AGREED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE

AND NOW, this _____ day of _____, 2026, it is hereby ordered that the Plaintiff's Motion for Extension is Granted. Plaintiff shall have an extension of time up to and including February 4, 2026 in order to file an opposition to Defendant's Motion to Dismiss (ECF No. 11) and Motion to Transfer (ECF No. 12)

　　　　　　　　　　　　　　　　　　　　　　　By the Court:

　　　　　　　　　　　　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　J.