# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| **MICHAEL CHAVEZ, individually and on behalf of all others similarly situated** ) <br> ) <br> *Plaintiff* ) <br> ) <br> v. ) <br> ) <br> **ALL AXIS HOLDINGS, INC. d/b/a DRAGONFLY HEATING AND COOLING** ) <br> ) <br> *Defendant* ) | Civil Action No. 1:25-CV-2001-DAE |

## AFFIDAVIT OF SERVICE

I, Abel Silva, state:

I am not a party to or interested in the outcome of this suit.

I received the following documents on December 10, 2025, at 2:21 pm. I delivered these documents to ALL AXIS HOLDINGS, INC. d/b/a DRAGONFLY HEATING AND COOLING in Riverside County, CA on January 29, 2026 at 10:12 am at 1280 Palmyrita Ave Suite D, Riverside, CA 92507 by leaving the following documents with Diane Halle who as Office Manager is authorized by appointment or by law to receive service of process for ALL AXIS HOLDINGS, INC. d/b/a DRAGONFLY HEATING AND COOLING.

SUMMONS IN A CIVIL ACTION, PLAINTIFF'S CLASS ACTION COMPLAINT, CIVIL COVER SHEET

Race: White, Sex: Female, Est. Age: 25-34, Hair: Brown, Glasses: N, Est. Weight: 140 lbs to 160 lbs, Est. Height: 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=34.00389445,-117.3387216667
Photograph: See Exhibit 1

Total Cost: $85.00

My name is Abel Silva, I am 18 years of age or older, and my address is 1266 N. Mt. Vernon Ave, Colton, CA 92324, and USA.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in  Riverside County ,   
CA  on  1/29/2026 .

/s/ *Abel Silva*

Abel Silva  
+1 (213) 675-6666





Exhibit 1b)



Exhibit 1c)

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: