## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| MICHAEL CHAVEZ, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br> v.<br><br>ALL AXIS HOLDINGS, INC. d/b/a DRAGONFLY HEATING AND COOLING<br>      Defendant. | Case No.<br><br>**1:25-CV-2001**<br><br>**JURY TRIAL DEMANDED** |

**[Proposed Order] Denying Defendant's Motion To Dismiss**

AND NOW, this _____ day of _____, 2026, it is hereby ORDERED that the Defendant's Motion to Dismiss (ECF No. 11) is hereby DENIED.

*BY THE COURT:*

_____
                J.