IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| MICHAEL CHAVEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>ALL AXIS HOLDINGS, INC. d/b/a DRAGONFLY HEATING AND COOLING<br><br>Defendant. | Case No.<br><br>**1:25-CV-2001**<br><br>**JURY TRIAL DEMANDED** |

### DECLARATION OF MICHAEL CHAVEZ

1. My name is Michael Chavez. I am over 18 years old. I can testify competently to the undersigned statements.

2. My telephone number is on the National Do-Not-Call Registry and has been since I placed it there more than 30 days prior to the calls at issue.

3. I am the user of my telephone number.

4. I pay the bill for my telephone number.

5. This number is used for personal, family, and household purposes. I do not use it for business purposes or business use.

6. Although it is true I have previously resided in California, I have not lived in California since 2017.

7. I reside within the territorial limits of the Western District of Texas.

8. I received each of the illegal calls complained of while I was physically located and resided within the territorial limits of the Western District of Texas.

9. I attempted to unsuccessfully opt out of the illegal calls complained of while I was physically located and resided within the territorial limits of the Western District of Texas, and

1

continued to receive the calls complained of while I was physically located and resided within the territorial limits of the Western District of Texas.

10. I have a wife and child that reside in the territorial limits of the Western District of Texas.

11. I have no need of Defendant Dragonfly's services because I neither own nor reside at the subject property, and have not resided there since 2017.

12. To be clear, I do nothing to precipitate the illegal calls and messages which are placed to me. I do not want these communications, but they continue to be placed to me. They are highly annoying and disruptive.

13. Defendant's position is quite ironic, as Defendant uses its own service area to justify transfer of this matter to California, while at the same time ignoring the fact that it continues to harass out-of-state individuals for their services that they cannot even provide, and further that Defendant refuses to stop when asked.

14. I was harmed by the Defendant's calls in Texas. I was deprived of legitimate use of network resources, bandwidth, power, and storage space and my privacy was improperly invaded. Additionally, my statutory rights as recognized by the TCPA were violated. Illegal calls are frustrating, obnoxious, and annoying. They are a nuisance and disturbed my solitude.

15. My number is on the Do-Not-Call Registry, and I did not provide any consent for anyone to send the calls at issue to me.

16. I brought this case as a class action because I know that there are likely thousands more people in a similar situation such as myself, having received calls from Defendant without their consent, including both Texas residents and a multitude of other residents located outside

California, including those who have moved and thus have no need for Defendant's services, but continue to receive calls.

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

**Executed this** Feb 2, 2026 **, in the United States of America,**

Michael Chavez (Feb 2, 2026 19:57:59 CST)

**Michael Chavez**