# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| MICHAEL CHAVEZ, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br>　v.<br><br>ALL AXIS HOLDINGS, INC. d/b/a DRAGONFLY HEATING AND COOLING<br>　　　　　　　Defendant. | Case No.<br><br>**1:25-CV-2001**<br><br>**JURY TRIAL DEMANDED** |

**[Proposed Order] Denying Defendant's Motion To Transfer**

AND NOW, this _____ day of _____, 2026, it is hereby ORDERED that the Defendant's Motion to Transfer (ECF No. 12) is hereby DENIED.

*BY THE COURT:*

_____
　　　　　　　　　　　　　J.