UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| MICHAEL CHAVEZ, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ALL AXIS HOLDINGS, INC. d/b/a DRAGONFLY HEATING AND COOLING,<br><br>　　　　　Defendant. | Civil Action No.: 1:25-CV-2001 |

**DEFENDANT ALL AXIS HOLDINGS, INC. D/B/A DRAGONFLY HEATING AND COOLING'S EVIDENTIARY OBJECTIONS TO DECLARATION OF MICHAEL CHAVEZ'S IN SUPPORT OF OPPOSITION TO <u>OPPOSED</u> MOTION TO DISMISS UNDER F.R.C.P. 12(b)(2) & (b)(5)**

**TO MICHAEL CHAVEZ AND HIS COUNSEL OF RECORD:**

Defendant All Axis Holdings, Inc. d/b/a Dragonfly Heating and Cooling ("Dragonfly") submits the following objections to the Declaration of Michael Chavez in Support of Opposition to Defendant's Motion to Dismiss.

| Objection No | Evidence | Specific Statement Objected To | Grounds for Objection |
|---|---|---|---|
| 1. | Paragraph 2 | "My telephone number is on the National Do-Not-Call Registry and has been since I placed it there more than 30 days prior to the calls at issue." | Fed. Rule. Evid. § 801 Hearsay;<br>*Id.* §1002 Best Evidence Rule |
| 2. | Paragraph 8 | "I received each of the illegal calls complained of" | Fed. Rule. Evid. § 703 Legal Conclusion |
| 3. | Paragraph 9 | "I attempted to unsuccessfully opt out of the illegal calls complained of" | Fed. Rule. Evid. § 703 Legal Conclusion |
| 4. | Paragraph 12 | "I do nothing to precipitate the illegal calls and messages." | Fed. Rule. Evid. § 703 Legal Conclusion |

| Objection No | Evidence | Specific Statement Objected To | Grounds for Objection |
|---|---|---|---|
| 5. | Paragraph 13 | "Defendant's position is quite ironic, as Defendant uses its own service area to justify transfer of this matter to California, while at the same time ignoring the fact that it continues to harass out-of-state individuals for their services that they cannot even provide, and further that Defendant refuses to stop when asked." | Fed. Rule. Evid. § 602 Lack of Personal Knowledge; *Id.* § 403 Argumentative; *Id.* § 701 Speculation; *Id.* § 703 Legal Conclusion |
| 6. | Paragraph 14 | "I was harmed by the Defendant's calls in Texas." | Fed. Rule. Evid. § 703 Legal Conclusion |
| 7. | Paragraph 14 | "[M]y statute rights as recognized by the TCPA were violated." | Fed. Rule. Evid. § 703 Legal Conclusion |
| 8. | Paragraph 15 | "My number is on the Do-Not-Call Registry" | Fed. Rule. Evid. § 801 Hearsay; *Id.* § 1002 Best Evidence Rule |
| 9. | Paragraph 16 | "I know that there are likely thousands more people in a similar situation such as myself, having received calls from Defendant without their consent, including both Texas residents and a multitude of other residents located outside of California, including those who have moved and thus have no need for Defendant's services but continue to receive calls." | Fed. Rule. Evid. § 602 Lack of Personal Knowledge; *Id.* § 701; Speculation; *Id.* § 703 Legal Conclusion |

DATED: February 11, 2026

                                         */s/ Alejandro G. Ruiz*
                                  Jeffrey K. Brown
                                  Alejandro G. Ruiz *(Pro Hac Vice)*
                                  Camilla J. Dudley *(Pro Hac Vice)*
                                  PAYNE & FEARS LLP
                                  Attorneys at Law
                                  4 Park Plaza, Suite 1100
                                  Irvine, California 92614
                                  Telephone: (949) 851-1100
                                  Facsimile: (949) 851-1212
                                  jkb@paynefears.com
                                  agr@paynefears.com
                                  cjd@paynefears.com

                                  Attorneys for Defendant All Axis Holdings, Inc.
                                  d/b/a Dragonfly Heating and Cooling

# CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of February, 2026, a true and correct copy of **DEFENDANT ALL AXIS HOLDINGS, INC. D/B/A DRAGONFLY HEATING AND COOLING'S EVIDENTIARY OBJECTIONS TO DECLARATION OF MICHAEL CHAVEZ'S IN SUPPORT OF OPPOSITION TO OPPOSED MOTION TO DISMISS UNDER F.R.C.P. 12(b)(2) & (b)(5)** was served electronically via the ECF system on the following in accordance with Fed. R. Civ. P. 5(b)(2)(E):

| | |
|---|---|
| Andrew Roman Perrong, Esq.<br>Perrong Law LLC<br>2657 Mount Carmel Avenue<br>Glenside, PA 19038<br>Email: a@perronglaw.com | *Attorneys for Plaintiff Michael Chavez ana the Proposed Class* |
| Anthony Paronich, Esq.<br>Paronich Law, P.C.<br>350 Lincoln Street, Suite 2400<br>Hingham, MA 02043<br>Email: anthony@paronichlaw.com | *Attorneys for Plaintiff Michael Chavez ana the Proposed Class* |

By  */s/ Paige J. Fruth*
    Paige J. Fruth, an Employee of
    PAYNE & FEARS LLP