UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| MICHAEL CHAVEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALL AXIS HOLDINGS, INC. d/b/a DRAGONFLY HEATING AND COOLING,<br><br>Defendant. | Civil Action No.: 1:25-CV-2001-DAE |

**[PROPOSED] ORDER GRANTING DEFENDANT ALL AXIS HOLDINGS, INC. D/B/A DRAGONFLY HEATING AND COOLING'S EVIDENTIARY OBJECTIONS TO DECLARATION OF MICHAEL CHAVEZ'S IN SUPPORT OF OPPOSITION TO <u>OPPOSED</u> MOTION TO TRANSFER UNDER 28 U.S.C. § 1404**

| Objection No | Evidence | Specific Statement Objected To | Grounds for Objection | Judge's Rulings |
|---|---|---|---|---|
| 1. | Paragraph 2 | "My telephone number is on the National Do-Not-Call Registry and has been since I placed it there more than 30 days prior to the calls at issue." | Fed. Rule. Evid. § 801 Hearsay; *Id.* §1002 Best Evidence Rule | Sustained: _____<br><br>Overruled: _____ |
| 2. | Paragraph 3 | "I am the user of my telephone number." | Fed. Rule. Evid. § 402 Relevance. | Sustained: _____<br><br>Overruled: _____ |
| 3. | Paragraph 4 | "I pay the bill for my telephone number." | Fed. Rule. Evid. § 402 Relevance. | Sustained: _____<br><br>Overruled: _____ |
| 4. | Paragraph 8 | "I received each of the illegal calls complained of" | Fed. Rule. Evid. § 703 Legal Conclusion | Sustained: _____<br><br>Overruled: |

| Objection No | Evidence | Specific Statement Objected To | Grounds for Objection | Judge's Rulings |
|---|---|---|---|---|
| | | | | |
| 5. | Paragraph 9 | "I attempted to unsuccessfully opt out of the illegal calls complained of" | Fed. Rule. Evid. § 703 Legal Conclusion | Sustained: _____ Overruled: _____ |
| 6. | Paragraph 12 | "I do nothing to precipitate the illegal calls and messages." | Fed. Rule. Evid. § 703 Legal Conclusion | Sustained: _____ Overruled: _____ |
| 7. | Paragraph 13 | "Defendant's position is quite ironic, as Defendant uses its own service area to justify transfer of this matter to California, while at the same time ignoring the fact that it continues to harass out-of-state individuals for their services that they cannot even provide, and further that Defendant refuses to stop when asked." | Fed. Rule. Evid. § 602 Lack of Personal Knowledge; *Id.* § 403 Argumentative; *Id.* § 701 Speculation; *Id.* § 703 Legal Conclusion | Sustained: _____ Overruled: _____ |
| 8. | Paragraph 14 | "I was harmed by the Defendant's calls in Texas." | Fed. Rule. Evid. § 703 Legal Conclusion | Sustained: _____ Overruled: _____ |
| 9. | Paragraph 14 | "[M]y statute rights as recognized by the TCPA were violated." | Fed. Rule. Evid. § 703 Legal Conclusion | Sustained: _____ Overruled: _____ |
| 10. | Paragraph 15 | "My number is on the Do-Not-Call Registry" | Fed. Rule. Evid. § 801 Hearsay; *Id.* § 1002 Best Evidence Rule | Sustained: _____ Overruled: _____ |

| Objection No | Evidence | Specific Statement Objected To | Grounds for Objection | Judge's Rulings |
|---|---|---|---|---|
|  |  |  |  |  |
| 11. | Paragraph 16 | "I know that there are likely thousands more people in a similar situation such as myself, having received calls from Defendant without their consent, including both Texas residents and a multitude of other residents located outside of California, including those who have moved and thus have no need for Defendant's services but continue to receive calls." | Fed. Rule. Evid. § 602 Lack of Personal Knowledge; *Id.* § 701; Speculation; *Id.* § 703 Legal Conclusion | Sustained: _____ Overruled: _____ |

After full consideration of Defendant All Axis Holdings, Inc. d/b/a Dragonfly Heating Evidentiary Objections to Declaration of Michael Chavez's in Support of Opposition to <u>Opposed</u> Motion to Transfer Under 28 U.S.C. § 1404 including the moving, opposing, and reply papers, the authorities cited by counsel for the parties, any oral argument, and such other matters as the Court deemed proper to consider, IT IS HEREBY ORDERED THAT:

All Axis Holdings, Inc. d/b/a Dragonfly Heating and Cooling's Evidentiary Objections are GRANTED.

**SO ORDERED.**

Dated: _____                    _____
                                                                        HON. DAVID A. EZRA

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of February, 2026, a true and correct copy of **[PROPOSED] ORDER GRANTING DEFENDANT ALL AXIS HOLDINGS, INC. D/B/A DRAGONFLY HEATING AND COOLING'S EVIDENTIARY OBJECTIONS TO DECLARATION OF MICHAEL CHAVEZ'S IN SUPPORT OF <u>OPPOSED</u> MOTION TO TRANSFER UNDER 28 U.S.C. § 1404** was served electronically via the ECF system on the following in accordance with Fed. R. Civ. P. 5(b)(2)(E):

| | |
|---|---|
| Andrew Roman Perrong, Esq.<br>Perrong Law LLC<br>2657 Mount Carmel Avenue<br>Glenside, PA 19038<br>Email: a@perronglaw.com | *Attorneys for Plaintiff Michael Chavez and the Proposed Class* |
| Anthony Paronich, Esq.<br>Paronich Law, P.C.<br>350 Lincoln Street, Suite 2400<br>Hingham, MA 02043<br>Email: anthony@paronichlaw.com | *Attorneys for Plaintiff Michael Chavez and the Proposed Class* |

By  */s/ Paige Fruth*
   Paige Fruth, an Employee of
   PAYNE & FEARS LLP